**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE HILLYGUS FAMILY TRUST, DATED AUGUST 17, 1993.

ROGER HILLYGUS,

                Appellant,

vs.

ROBIN RENWICK, AS GUARDIAN OF THE PERSON AND ESTATE OF HERBERT EUGENE HILLYGUS; SUSAN HILLYGUS; HERBERT EUGENE HILLYGUS; HERBERT EUGENE HILLYGUS, AS TRUSTEE OF THE HILLYGUS FAMILY TRUST DATED AUGUST 17, 1993; AND RYAN EARL, ESQ., GUARDIAN AD LITEM FOR HERBERT EUGENE HILLYGUS,

                Respondents.

No. 69143

**FILED**

DEC 08 2015



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order resolving certain motions for attorney fees, retaining jurisdiction over the Hillygus Family Trust, directing an assessment of respondent Susan Hillygus, and other matters. Second Judicial District Court, Family Court Division, Washoe County; Frances Doherty, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a potential jurisdictional defect. Specifically, it appears that the notice of appeal was prematurely filed, before the entry

15-37338

of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); NRS 164.015(6); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Frances Doherty, District Judge, Family Court Division
      Roger Hillygus
      David D. Spitzer
      Hawkins Folsom & Muir
      Law Offices of Ryan J. Earl
      Law Offices of Michael B. Springer
      Todd L. Torvinen
      Washoe District Court Clerk